IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **CORNELL BRISCO,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   Case No.  **3:12-cv-01029-JPG-PMF** |
| | ) |
| **S A GODINEZ**, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## REPORT AND RECOMMENDATION

**FRAZIER, Magistrate Judge:**

This case comes before the Court for case management purposes.

On May 15, 2013, this Court sent Plaintiff Cornell Brisco a "notice of impending dismissal" regarding Defendant Eve M Fred. *See* Doc. 113.  Because Brisco had failed to conduct discovery to locate a service location for Defendant Fred, Brisco warned that Fred would be dismissed from this case pursuant to Federal Rule of Civil Procedure 4(m) unless certain action was taken.  Brisco has not taken any action with respect to Fred so it will be recommended that Fred be dismissed.

On May 17, 2013, this court issued an order directing Plaintiff to show cause as to why this case should not be dismissed for failure to pay the initial partial filing fee of $8.51. *See* Doc. 114.  As of this date, Plaintiff has not responded to the show cause order or paid the initial partial filing fee. *See* APPENDIX A (Case Report).  Accordingly, it is recommended that the remainder of this case be dismissed for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

### RECOMMENDATION

For the forgoing reasons, it is recommended that Defendant Eric Fort be dismissed pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

It is further recommended that the remainder of this case be dismissed for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

If this Report and Recommendation is adopted in its entirety, this case can be closed.

SO RECOMMENDED.

DATED: June 19, 2013.

*s/ Philip M. Frazier*
PHILIP M. FRAZIER
UNITED STATES MAGISTRATE JUDGE