IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CORNELL BRISCO,

    Plaintiff,

  v.

S.A. GODINEZ, *et al.*,

    Defendants.

Case No. 12-cv-1029-JPG

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of Defendants S.A. Godinez, Sherry Benton, Ty Bates, Williams Peyton, John D. Evans, Angela Winsor, Debbie Isaacs, Dr. Dennis Larson, Brian Neal, Gary Gerst, Eve M. Fred, Laura Smith, John D. Morh, Unknown Party, Mrs. Childress, Dr. Furlong, Zach Roeckeman, Davis, C. Capps, and M. Kramm and against Plaintiff Cornell Brisco,

IT IS FURTHER ORDERED AND ADJUDGED that this case is dismissed with prejudice as to all Defendants.

**DATED:**  July 9, 2013        **NANCY J. ROSENSTENGEL,** Clerk of Court

                                                     By: s/Brenda K. Lowe, Deputy Clerk

**Approved:**    s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**